1:22-cr-00094-LEW

**SECRET**

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2022 AUG 10 P 1:33

DEPUTY CLERK

### SYNOPSIS

| | |
|---|---|
| **Name:** | Nicholas Wood |
| **Address:** (City & State Only) | Castine, Maine |
| **Year of Birth and Age:** | 1997/25 |
| **Violation:** | **Count One:** Enticement, 18 U.S.C. 2422(b)<br>**Count Two:** Attempted transfer of obscene material to a minor, 18 U.S.C. § 1470<br>**Count Three:** Obstruction, 18 U.S.C. § 1512(c)(1) |
| **Penalties:** | **Count One:** No less than 10 years, up to life in prison 18 U.S.C. § 2422(b); This is a Class A felony pursuant to 18 U.S.C. § 3559(a)(1).<br>**Count Two:** Up to 10 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 1470; this is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br>**Count Three:** Up to 20 years of imprisonment, a fine of not more than $250,000, or a fine and prison. 18 U.S.C. § 1512(c); this is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | **Count One:** Not less than five (5) years, not more than life, 18 U.S.C § 3583(k)<br>**Counts Two and Three:** Not less than 3 years, not more than 18 U.S.C. §§ 3559(a)(3), 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count One:** Not more than five years; U.S.C. § 3583(e)(3); but if, on any count, Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)).<br>**Counts Two and Three:** Not more than 3 Years. |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count One:** Any term of years or life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br>**Counts Two and Three:** Not more than 2 years. 18 U.S.C. § 3583(e)(3). |

| | |
|---|---|
| **Defendant's Attorney:** | James S. Nixon, AFD |
| **Primary Investigative Agency and Case Agent Name:** | HSI, SA Chase Ossinger |
| **Detention Status:** | Warrant to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Hancock |
| **AUSA:** | Chris Ruge |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $100 per count, 18 U.S.C. § 3013(a)(2)(A); $5,000 special assessment for Count One, 18 U.S.C. § 3014 |