UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 1:22-cr- 00094-LEW |
| ) | |
| NICHOLAS WOOD             ) | |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Dated: 8/10/22

/s/ Chris Ruge
Assistant U.S. Attorney