UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:22-cr-00094-LEW |
| | ) |
| NICHOLAS WOOD | ) |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves:

    a. Crime of violence,

    b. Maximum sentence life imprisonment,

    c. Felony involving a minor victim, and

    d. Serious risk of obstruction of justice.

2. Reasons for Detention:

    a. The court should detain the defendant because there are no other conditions of release which will reasonably assure safety of any other person and the community.

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because there is probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e)(3)(E) involving a minor victim, specifically a violation of 18 U.S.C. 2422(b). The defendant has multiple prior state convictions for violating conditions of release, as well as a conviction for terrorizing.

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to 2 days.

5. Length of Detention Hearing. The United States will require 1/2 hour to present its case for detention.

Date:  August 16, 2022

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

**BY:  /s/  CHRIS RUGE**
CHRIS RUGE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically filed Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James S. Nixon, Esq., at james_nixon@fd.org

Darcie N. McElwee

United States Attorney

BY:  /s/  Chris Ruge

Chris Ruge

Assistant United States Attorney

U.S. Attorney's Office

202 Harlow Street, Room 111

Bangor, Maine  04401

Tel:  207/945-0373

Chris.ruge@usdoj.gov